WILLIAM BLUMENTHAL
General Counsel
CHARLES A. HARWOOD
Regional Director

MARY T. BENFIELD
Wash. State Bar No.18835
mbenfield@ftc.gov
DAVID M. HORN
Wash. State Bar No. 13514
dhorn@ftc.gov
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
Telephone:  (206) 220-6350
Facsimile:   (206) 220-6366
Attorneys for Plaintiff
Federal Trade Commission

FILED'07 OCT 31 16:52USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**FEDERAL TRADE COMMISSION,**

        Plaintiff,

    v.

**MERCHANT PROCESSING, INC.;
VEQUITY FINANCIAL GROUP, INC.;
DIRECT MERCHANT PROCESSING,
INC.; PPI SERVICES INC.; AARON
LEE RIAN; and KARELY
MCCARTHY, A.K.A. KARLY
SPEELMAN,**

        Defendants.

Civ. No. 07-0533 BR

**STIPULATED EXTENSION OF THE
STIPULATED TEMPORARY
RESTRAINING ORDER**

IT IS HEREBY STIPULATED AND AGREED by the Plaintiff Federal Trade

Commission and Defendants Aaron Lee Rian, Karely McCarthy, a.k.a. Karly Speelman,

Merchant Processing, Inc., Vequity Financial Group, Inc., Direct Merchant Processing, Inc., and

PPI Services Inc., and the Receiver in this matter, by and through their respective counsel, that

the Stipulated Temporary Restraining Order entered by this Court on October 12, 2007, shall not

expire on November 6, 2007, but shall instead remain in effect until further order of the court.


**SO ORDERED.**

Dated: _October 31_, 2007

_____

The Honorable Anna J. Brown
United States District Judge


Presented by:

  s/ Mary T. Benfield
Mary T. Benfield
WSBA No. 18835
David M. Horn
WSBA No. 13514
Federal Trade Commission
915 Second Avenue, Suite 2896
Seattle, Washington 98174
(206) 220-6350
Attorneys for Plaintiff
FEDERAL TRADE COMMISSION


  s/ Stephen Feldman
Stephen Feldman
OSB No. 93267
Perkins Coie
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209
(503) 727-2058
Attorney for Defendant
AARON LEE RIAN

___ s/ Peter C. McKittrick ___ __

Peter C. McKittrick
OSB No. 852816
Farleigh Witt
121 S.W. Morrison, Suite 600
Portland, OR 97204
(503) 228-1044
Attorney for MICHAEL A. GRASSMUECK, Receiver, and
Defendants MERCHANT PROCESSING, INC.,
DIRECT MERCHANT PROCESSING, INC., and
VEQUITY FINANCIAL GROUP, INC.


___ s/ Andrew C. Lauersdorf ___

Andrew C. Lauersdorf
OSB No. 980739
Bullivant Houser Bailey PC
300 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR 97204
(503) 499-4681
Attorney for KARELY MCCARTHY, A.K.A. KARLY SPEELMAN