David R. Zaro*
dzaro@allenmatkins.com
Yale K. Kim*
ykim@allenmatkins.com
*Admitted Pro Hac Vice
Allen Matkins Leck Gamble
  Mallory & Natsis LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
Email: dzaro@allenmatkins.com
       ykim@allenmatkins.com

-and-

Tara J. Schleicher, OSB #95402
tschleicher@fwwlaw.com
Kathryn P. Salyer, OSB #88301
ksalyer@fwwlaw.com
Farleigh Wada Witt
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741

Attorneys for Michael A. Grassmueck, Receiver

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. CV 07-0533-BR |
| Plaintiff, | [PROPOSED] ORDER TO (I) ALLOW CERTAIN CLAIMS, (II) AUTHORIZE PAYMENT TO CERTAIN TERMINAL LEASE COMPANIES, AND (III) TRANSFER ESTATE FUNDS TO FEDERAL TRADE COMMISSION REDRESS CONTRACTOR |
| vs. | |
| MERCHANT PROCESSING, INC.; VEQUITY FINANCIAL GROUP, INC.; DIRECT MERCHANT PROCESSING, INC.; PPI SERVICES, INC.; AARON LEE RIAN; KARLEY MCCARTHY, AKA KARLY SPEELMAN, | |
| Defendants. | |

This Court, having reviewed the Motion For Order To (I) Allow Certain Claims, (II) Authorize Payment To Certain Terminal Lease Companies, and (III) Transfer Estate Funds To Federal Trade Commission Redress Contractor, (the "Motion"), filed by the receiver Michael A. Grassmueck, ("Receiver") and good cause appearing therefore, orders as follows:

    1.    The Motion is granted in its entirety.

    2.    Of the 124 merchant and other creditor claims filed ("First Merchant Claims") against the receivership estate ("Receivership Estate"), 106 shall be allowed and paid in full (which total $953,104.86), with the remainder of the First Merchant Claims disallowed, as set forth in Exhibit "A" attached to the Memorandum filed in support of the Motion.

    3.    With allowance of these First Merchant Claims, in the amounts set forth above, the Receivership Estate is authorized to transfer the portion of Receivership Estate funds necessary to the Federal Trade Commission ("FTC"), through the FTC redress contractor, for payment of these allowed claims and for payment of costs associated with redress distribution.

    4.    The FTC redress contractor shall pay the allowed First Merchant Claims once the Receivership Estate funds are transferred to the FTC.

    5.    The Receiver is authorized to pay from Receivership Estate funds the amount of $760,065.05 to the Terminal Lease Companies (as defined in the Motion) as full and final payment of the amounts owed to the Terminal Lease Companies by the Receivership Estate, as set forth in Exhibit "B" attached to the Memorandum filed in support of the Motion.

**IT IS SO ORDERED.**

Dated: *June 24, 2011*

_____
ANNA J. BROWN
U.S. DISTRICT COURT JUDGE