David R. Zaro*
dzaro@allenmatkins.com
Yale K. Kim*
ykim@allenmatkins.com
*Admitted Pro Hac Vice
Allen Matkins Leck Gamble
  Mallory & Natsis LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
Email: dzaro@allenmatkins.com
       ykim@allenmatkins.com

-and-

Tara J. Schleicher, OSB #95402
tschleicher@fwwlaw.com
Kathryn P. Salyer, OSB #88301
ksalyer@fwwlaw.com
Farleigh Wada Witt
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741

Attorneys for Michael A. Grassmueck, Receiver

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| FEDERAL TRADE COMMISSION, | Case No. CV 07-0533-BR |
|---|---|
| Plaintiff, | ~~PROPOSED~~ ORDER ON SECOND MOTION FOR ORDER TO ALLOW CERTAIN CLAIMS AND RELATED RELIEF |
| vs. | |
| MERCHANT PROCESSING, INC.; VEQUITY FINANCIAL GROUP, INC.; DIRECT MERCHANT PROCESSING, INC.; PPI SERVICES, INC.; AARON LEE RIAN; KARLEY MCCARTHY, AKA KARLY SPEELMAN, | |
| Defendants. | |

This Court, having reviewed the Second Motion For Order To Allow Certain Claims And Related Relief (the "Second Motion"), filed by the receiver Michael A. Grassmueck, ("Receiver") and good cause appearing therefore, orders as follows:

1. The Second Motion is granted in its entirety.

2. For the Second Merchant Claims, as defined in the Second Motion, (a) the Second Merchant Claims are allowed to the extent of the allowed amounts set forth in Exhibit "A" attached to the Memorandum of Points and Authorities in support of the Motion, (b) the remainder of the amount of the Second Merchant Claims which were not allowed are deemed disallowed, and (c) the appropriate amount of funds for distribution on the allowed amounts of the Second Merchant Claims (which total $54,157.05) may be transferred to the FTC Redress Contractor (as defined in the Motion).

3. The FTC Redress Contractor shall pay the allowed amounts of the Second Merchant Claims once the receivership estate funds are transferred to the FTC Redress Contractor.

**IT IS SO ORDERED.**

Dated: October 25, 2011

_____
ANNA J. BROWN
U.S. DISTRICT COURT JUDGE